UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GILBERTO DELEON BALDERAS,

    Plaintiff,

    v.

RICHARD WATTSON, DENNIS LARSON, and HEAD NURSE DEBRA,

    Defendants.

Case No. 18-cv-1368-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: December 19, 2019**

                                            **MARGARET M. ROBERTIE, Clerk of Court**

                                            **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**